Sharon T. Myrick

428 Brown Street

Philadelphia, PA 19123

Bankruptcy No. 17-11127-MDC

April 6, 2019

U. S. Bankruptcy Court

900 Market Street, Suite 400

Philadelphia, PA 19107

Dear Court Clerk,

I don't know if a Motion was filed on time in my case by my Attorney, but I did make up the back payments per my attorney's instructions on March 14, 2019, in the amount of $1,740.00 through the TSF bill pay system.

The reason that I got behind in my payments is due to an increase that I had to make in my mortgage payments to Chase for several months which left little funds to cover other expenses. I was able to take care of that situation and am requesting that my Bankruptcy case not be dismissed.

Regards,

Sharon T. Myrick